UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FRED WALFISH,                                   16-Cv-5534 (SHS)

          Plaintiff,                          ORDER

-v-

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY, *ET AL*.,

          Defendants.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The parties having filed a joint letter requesting an adjournment of the June 1 trial date as well as the interim deadlines for pretrial submissions, *sine die* [Doc. No. 123],

      IT IS HEREBY ORDERED that the parties' request [Doc. No. 123] is granted as follows:

    1.    The trial date of June 1, 2020, is adjourned *sine die*;

    2.    The date to file pretrial submissions is adjourned *sine die*; and

    3.    The parties shall file a joint status letter two weeks "after the New York stay at home order is lifted."

Dated: New York, New York
       April 15, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.