UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| FRED WALFISH, | : | 16-Cv-5534 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, ET AL., | : | |
| Defendants. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     The parties are directed to file a joint status report on or before October 30, 2020 (*see* Order dated April 16, 2020 [Doc. No. 124]).

Dated: New York, New York
         October 16, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.