UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FRED WALFISH,                                    :        16-Cv-5534 (SHS)

                        Plaintiff,               :

            -v-                                  :        ORDER

NORTHWESTERN MUTUAL LIFE                          :
INSURANCE COMPANY, NORTHWEST
MUTUAL INVESTMENT SERVICES, LLC,                 :
And MATTHEW J. HOLLERAN,

                                                 :
                        Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials
has scheduled the trial of this matter to commence on June 28, 2021.  Accordingly,

        **IT IS HEREBY ORDERED** that:

        1.      The last day to file responses to the motions *in limine* remains at March 2, 2021
and;

        2.      The final pretrial conference previously scheduled for March 18, 2021, at 11:00
a.m. in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York, New York, remains as
set.

Dated:  New York, New York
        March 2, 2021

                                    SO ORDERED

                                    SIDNEY H. STEIN
                                    U.S.D.J.