UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRED WALFISH,  :  16-Cv-5534 (SHS)

               Plaintiff,  :

    -v-  :  ORDER

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY, NORTHWEST
MUTUAL INVESTMENT SERVICES, LLC,  :
And MATTHEW J. HOLLERAN,

              Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the final pretrial conference scheduled for March 18, 2021, at 11:00 a.m., is adjourned to May 27, 2021, at 9:30 a.m. The conference will take place in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       March 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.