UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FRED WALFISH,                           :        16-Cv-5534 (SHS)

            Plaintiff,           :        <u>ORDER</u>

    -v-                                 :

NOTHWESTERN MUTUAL LIFE INSURANCE        :
COMPANY, NORTHWESTERN MUTUAL
INVESTMENT SERVICES, LLC, and            :
MATTHEW J. HOLLERAN,
                                                      :

           Defendants.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The final pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that, for the reasons set forth on the record:

    1.    Defendants' motion to preclude an expert report and the testimony of the expert [Doc. No. 135] is denied;

    2.    Defendants' motion to preclude testimony of certain witnesses [Doc. No. 138] is denied without prejudice; and

    3.    Plaintiff's motion to preclude evidence concerning plaintiff's tax returns and other tax information [Doc. No. 130] is granted in part and denied in part.

Dated: New York, New York
       June 14, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.