UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRED WALFISH,

                    Plaintiff,                   16 **CIVIL** 5534 (SHS)

        -against-                       **JUDGMENT**

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY, NORTHWESTERN
MUTUAL INVESTMENT SERVICES LLC, and
MATTHEW HOLLERAN,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Sidney H. Stein, United States District Judge, the jury having returned a verdict in favor of Defendants, ~~and~~ the Complaint is hereby dismissed.

**DATED:** New York, New York
           July 6, 2021

                                                                          RUBY J. KRAJICK

So Ordered:                                      Clerk of Court

                                              BY:
U.S.D.J.                                           Deputy Clerk